UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-53(DWF)

UNITED STATES OF AMERICA, )
)
Plaintiff, ) REASSIGNMENT OF
) CRIMINAL CASE
v. )
)
RICARDO ACOSTA-LASCANO, et al. )
)
Defendants. )

The above-referenced criminal case has been reassigned as follows:

| Criminal No. | Defendant Name | Remove AUSA | Add AUSA |
|---|---|---|---|
| 02-53(DWF) | Ricardo Acosta-Lascano | Anthony W. Brown | James E. Lackner |

Dated: 7/21/05

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ Paul A. Murphy

PAUL A. MURPHY
Assistant United States Attorney